# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Twin Metals Minnesota LLC and Franconia Minerals (US) LLC

v.

United States of America, et al.,

**Case No:** 23-5254

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

United States Department of the Interior

Debra A. Haaland, Secretary of the Interior

Ann Marie Bledsoe Downes, Principal Deputy Solicitor of the Interior

United States Bureau of Land Management

Tracy Stone-Manning, Diretor of the Bureau of Land Management

Mitchell Leverette, Bureau of Land Management Eastern States Office State Director

### Counsel Information

Lead Counsel: Rebecca Jaffe

Direct Phone: (202) 598-0402   Fax: (202) 353-1873   Email: rebecca.jaffe@usdoj.gov

2nd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

3rd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

Firm Name: U.S. Department of Justice, Environment & Natural Resources Section, Appellate

Firm Address: P.O. Box 7415, Ben Franklin Station, Washington D.C. 20044-7415

Firm Phone: (202) 598-0402   Fax: (202) 353-1873   Email: rebecca.jaffe@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)