No. 23-5254

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TWIN METALS MINNESOTA LLC, et al.,
*Plaintiffs-Appellants*,

v.

UNITED STATES, et al.,
*Defendants-Appellees*.

Appeal from the United States District Court for the District of Columbia
No. 22-cv-2506-CRC (Hon. Christopher Reid Cooper)

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

TODD KIM
*Assistant Attorney General*

RACHEL HERON
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

# CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Defendants-Appellees submit this Certificate of Parties, Rulings, and Related Cases under Circuit Rule 28(a)(1) and the Court's November 9, 2023 Order.

**A. Parties, Intervenors, and Amici:**

    **Plaintiffs-Appellants:**

        Twin Metals Minnesota LLC

        Franconia Minerals (US) LLC

    **Defendants-Appellees:**

        United States of America

        U.S. Department of the Interior

        Debra Anne Haaland, Secretary of the Interior

        Ann Marie Bledsoe Downes, Principal Deputy Solicitor of the Interior

        U.S. Bureau of Land Management

        Tracy Stone-Manning, Director of the Bureau of Land Management

        Mitchell Leverette, Bureau of Land Management Eastern States Office Director

    **Intervenor-Defendant Appellees:**

    Center for Biological Diversity

    Ely Outfitting Company & Boundary Waters Guide Service

    Freemans Explore, LLC

    Friends of the Boundary Waters Wilderness

    Hungry Jack Outfitters

    Izaak Walton League of America

    Northeastern Minnesotans for Wilderness

    Northstar Canoe

    Piragis Northwoods Company

    River Point Resort and Outfitting Company

    Sawbill Canoe Outfitters, Inc.

    The Wilderness Society

    Voyageur Outward Bound School

    Wenonah Canoe, Inc.

    Women's Wilderness Discovery

**Amici:**

    None

**B.** **Rulings Under Review:**

The ruling at issue in this appeal is the District Court's September 6, 2023 Order granting Appellees' and Appellee-Intervenors' motions to dismiss. ECF No. 61. A Memorandum Opinion by Judge Christopher R. Cooper of the United States District Court for the District of Columbia accompanied the Order. ECF No. 62.

**C. Related Cases:**

None.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Rebecca Jaffe* <br> REBECCA JAFFE <br> *Attorney* <br> Environment and Natural Resources Division <br> U.S. Department of Justice <br> Post Office Box 7415 <br> Washington, D.C. 20044 <br> (202) 305-0258 <br> rebecca.jaffe@usdoj.gov |
| December 11, 2023 <br> 90-1-4-16650 |  |