# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5254** | **September Term, 2024** |
| | **1:22-cv-02506-CRC** |
| | **Filed On: September 18, 2024** [2075441] |

Twin Metals Minnesota LLC and Franconia Minerals (US) LLC,

      Appellants

    v.

United States of America, et al.,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply Brief | November 19, 2024 |

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                 Scott H. Atchue
                                 Deputy Clerk