# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Twin Metals Minnesota LLC, et al.

**v.**

USA, et al.

**Case No:** 23-5254

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ● Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Northeastern Minnesotans for Wilderness

Voyageur Outward Bound School

Piragis Northwoods Company

Ely Outfitting Company & Boundary Waters Guide Service

Wenonah Canoe Inc.

Northstar Canoe

Sawbill Canoe Outfitters, Inc.

Hungry Jack Outfitters

### Counsel Information

Lead Counsel: Aileen M. McGrath

Direct Phone: ( 415 ) 268-6153  Fax: ( 415 ) 268-7522  Email: AMcGrath@mofo.com

2nd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

3rd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

Firm Name: Morrison & Foerster LLP

Firm Address: 425 Market Street, San Francisco, CA 94105

Firm Phone: ( 415 ) 268-7000  Fax: ( 415 ) 268-7522  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

## Additional Party Information

- Women's Wilderness Discovery
- River Point Resort and Outfitting Company
- Freeman's Explore, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system on December 17, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated:  December 17, 2024                              /s/ Aileen M. McGrath
                                                      Aileen M. McGrath

ny-2836928