LAW OFFICES

**WILLIAMS & CONNOLLY LLP**

LISA S. BLATT  
(202) 434-5050  
lblatt@wc.com

680 MAINE AVENUE SW  
WASHINGTON, DC 20024  
202.434.5000  
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)  
PAUL R. CONNOLLY (1922-1978)

SCHEDULED FOR ORAL ARGUMENT JANUARY 13, 2025

December 20, 2024

Via CM/ECF

Mark J. Langer  
Clerk of Court  
U.S. Court of Appeals for the  
 District of Columbia Circuit  
333 Constitution Avenue, NW  
Washington, D.C. 20001

      Re:   *Twin Metals Minnesota, LLC v. United States*, No. 23-5254

Dear Mr. Langer:

    Twin Metals writes in response to the government's December 19, 2024 Rule 28(j) letter that purports to document the Forest Service's refusal to consent to Appellants' preference-right-lease applications.

    This correspondence is not properly before the Court. The Bureau of Land Management (BLM) denied Twin Metals' preference-right-lease applications on October 21, *2021*. JA234. "[R]eviewing courts must judge the propriety of agency action solely by the grounds invoked by the agency." *Calcutt v. FDIC*, 598 U.S. 623, 624 (2023) (cleaned up). The Forest Service's December 18, 2024 letter is not part of the administrative record, nor did BLM invoke the letter when it denied Twin Metals' preference-right-lease applications over three years ago. JA234.

    Moreover, the Forest Service's letter appears to constitute new, unlawful, arbitrary and capricious agency action that is subject to an independent APA challenge. Twin Metals Br. 59 (citing APA challenges to Forest-Service-consent denials). The Forest Service's purported consent denial is riddled with administrative-law problems, including that it issued three years after the final agency action challenged here. *See* JA234.

    We also note that on December 4, 2024 undersigned counsel asked government counsel whether it might be amenable to seeking postponement of argument given the

WILLIAMS & CONNOLLY LLP

December 20, 2024
Page 2

potential uncertainty from the change of administration. The government that same day said no. Based on the unusual nature and timing of the government's submission, the Court may wish to hold this appeal in abeyance pending further developments.

                                                Respectfully submitted,

                                                */s/ Lisa S. Blatt*
                                                Lisa S. Blatt

cc: Counsel of Record (via CM/ECF)

**CERTIFICATE OF COMPLIANCE**

I, Lisa S. Blatt, counsel for appellants Twin Metals Minnesota LLC and Franconia Minerals (US) LLC, hereby certify, pursuant to Federal Rule of Appellate Procedure 28(j), that the foregoing letter contains 233 words. I further certify that this letter complies with the typeface requirements of Rule 32(a)(5) and type style requirements of Rule 32(a)(6) because it has been prepared in the proportionally spaced typeface, Century Expanded BT, size 12.

*/s/ Lisa S. Blatt*
Lisa S. Blatt

December 20, 2024

**CERTIFICATE OF SERVICE**

I, Lisa S. Blatt, counsel for appellants Twin Metals Minnesota LLC and Franconia Minerals (US) LLC, hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, causing the document to be served on all counsel of record, as all counsel of record are registered CM/ECF users.

*/s/ Lisa S. Blatt*
Lisa S. Blatt