# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5254**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:22-cv-02506-CRC**

**Filed On: July 16, 2025** [2125870]

Twin Metals Minnesota LLC and Franconia Minerals (US) LLC,

　　　　Appellants

　　v.

United States of America, et al.,

　　　　Appellees

**BEFORE:**　Wilkins and Katsas, Circuit Judges; Edwards*, Senior Circuit Judge

## O R D E R

Upon consideration of the opposed joint motion for abeyance, the opposition thereto, and the joint reply, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The parties are directed to file status reports by October 14, 2025.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　Deputy Clerk

* Senior Circuit Judge Edwards would deny the motion to hold the case in abeyance.