# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5254**                                                  **September Term, 2025**

**1:22-cv-02506-CRC**

**Filed On: October 7, 2025** [2139275]

Twin Metals Minnesota LLC and Franconia
Minerals (US) LLC,

       Appellants

    v.

United States of America, et al.,

       Appellees

**O R D E R**

Upon consideration of the parties October 1, 2025, joint status report, it is

**ORDERED**, on the court's own motion, that the parties file a joint status report by April 6, 2026.

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

              BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk