# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5254**                               **September Term, 2025**

**1:22-cv-02506-CRC**

**Filed On: April 9, 2026** [2167815]

Twin Metals Minnesota LLC and Franconia
Minerals (US) LLC,

       Appellants

    v.

United States of America, et al.,

       Appellees

## O R D E R

Upon consideration of the parties April 6, 2026, joint status report, it is

**ORDERED**, on the court's own motion, that the parties file a joint status report by October 5, 2026.

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

        BY:   /s/
              Michael C. McGrail
              Deputy Clerk